UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:11-cv-00357-MOC-DCK

K-BEECH, INC.,

    Plaintiff,

v.

                                ORDER

JOHN DOES 1-29,

    Defendants,

This matter comes before the Court on John Doe 15's Objection to Subpoena and Motion to Quash, or in the alternative, Motion for Protective Order and Motion to Seal. Having carefully considered the Objection, Motion, the record, and the applicable authority, this Court grants John Doe 15's Motion to Quash. Charter Communications, Inc. is not required to produce the information requested in the Subpoena as it pertains to Defendant John Doe 15.

    SO ORDERED.