AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of Missouri

| K-Beech, Inc.,<br><br>                  Plaintiff<br><br>v.<br><br>John Does 1 - 29,<br><br>                  Defendants. | Civil Action No. 3:11-cv-00357-MOC-DCK<br><br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA |
|---|---|

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, MO 63131
Via Facsimile: (314) 909-0609

[X] *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name, address, and telephone number of the defendant John Does listed in the below chart:

| Doe# | IP Address | Date/Time UTC |
|---|---|---|
| 11 | 24.158.35.67 | 4/13/2011 13:18 |
| 12 | 24.178.168.163 | 5/7/2011 16:24 |
| 13 | 24.181.212.237 | 6/7/2011 4:49 |
| 14 | 66.169.87.203 | 4/18/2011 10:47 |
| 15 | 66.190.146.235 | 4/13/2011 17:03 |
| 16 | 71.12.223.210 | 6/12/2011 20:39 |
| 17 | 71.82.36.88 | 6/7/2011 17:16 |

| Place: James C. White, Esq. The Law Offices of James C. White, P.C. 4819 Emperor Boulevard, Suite 400 Durham, NC 27703 | Date and Time: September 12, 2011 @ 9:00 a.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/9/2011

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are:
James White, Esq., The Law Offices of James C. White, P.C., 4819 Emperor Boulevard, Suite 400, Durham, NC 27703, Telephone: (919) 313-4636 - Email: jimwhite@jcwhitelaw.com