# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:11-cv-00357-MOC-DCK

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-29, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF DOE 25 ONLY</u>** |

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>with prejudice</u> Doe Defendant 25 who was assigned the IP Address 166.82.155.196. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Dated: September 20, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that I have served this **Plaintiff's Notice of Voluntary Dismissal of Doe 25 Only** on the following parties by depositing a copy enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| John Doe 11<br>580 Kitchings Dr.<br>Statesville, NC  28677 | John Doe 15<br>Represented by Robert Marc Rubin<br>Cranfill, Sumner & Hartzog, LLP<br>PO Box 30787<br>Charlotte, NC  28230 |

Dated: September 20, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF