# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:11-cv-00357-MOC-DCK

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-29, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE OF DOE 11 ONLY</u>** |

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>without prejudice</u> Doe Defendant 11 who was assigned the IP Address 24.158.35.67. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Dated: September 22, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that I have served this **Plaintiff's Notice of Voluntary Dismissal of Doe 11 Only** on the following parties by depositing a copy enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| John Doe 11 | John Doe 15 |
| 580 Kitchings Dr. | Represented by Robert Marc Rubin |
| Statesville, NC 28677 | Cranfill, Sumner & Hartzog, LLP |
| | PO Box 30787 |
| | Charlotte, NC 28230 |

Dated: September 22, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF