# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 3:11-cv-00357-MOC-DCK

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-29, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE OF DOE 15 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 15, but a written settlement agreement has not yet been entered into between the parties. Plaintiff hereby voluntary dismisses Doe Defendant 15 from this action <u>without prejudice</u>. John Doe 15 was assigned the IP Address 66.190.146.235. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Defendant Doe 15 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment and this notice is being filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

        LAW OFFICE OF JAMES C. WHITE, P.C.

        */s/ James C. White*_____
        James C. White
        N.C. Bar # 31859
        4819 Emperor Blvd., Suite 400
        Durham, NC 27703
        P.O. Box 16103
        Chapel Hill, NC 27516
        jimwhite@jcwhitelaw.com
        (919) 313-4636
        (919) 246-9113 fax

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on October 17, 2011, a true copy of the forgoing Notice was served via CM/ECF to Robert Marc Rubin, Cranfill, Sumner & Hartzog, L.L.P.  P.O. Box 30787. Charlotte, NC 28230 Phone: 704-940-3415 Fax: 704-332-9994 Email: rrubin@cshlaw.com.

                                          */s/ James C. White*
                                            James C. White