UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-cv-00357-MOC-DCK

K-BEECH, INC.,

    Plaintiff,

v.

CHRISTOPHER SCRUGGS, KARRI JASKE AND MATTHEW BOES,

    Defendants.

**AFFIDAVIT OF SERVICE**

I, James C. White, certify that:

1. Summons (Docket #26-2) was provided to Michael VanKeuren of VanKeuren's Process Service on or about December 29, 2011;

2. Summons was personally served on Defendant Karri Jaske on December 30, 2011; and

3. Proof of Service was received by me on January 4, 2012, as evidenced by the attached receipt of Proof of Service.

This __6__ day of January, 2012.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF

1

Civil Action No. 3:11-cv-00357-MOC-DCK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ___Karri Jaske___
was received by me on *(date)* ___12-29-11___.

☑ I personally served the summons on the defendant at *(place)* ___17418 Grand Central Way, Cornelius NC 28031___ on *(date)* ___December 30, 2011___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___1-4-12___      ___Michael Van Keuren___
                              Server's signature

                         ___Michael VanKeuren___
                              Printed name and title

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *James White*

2