UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 3:11-cv-00357-MOC-DCK

K-BEECH, INC., )
)
    Plaintiff, )
)
vs. ) **ANSWER OF**
) **DEFENDANT, KARRI JASKE**
CHRISTOPHER SCRUGGS, )
KARRI JASKE and MATTHEW BOES, )
)
    Defendants. )

    COMES NOW the Defendant, Karri Jaske, and answers the substantive portions of the Amended Complaint as follows:

### FIRST DEFENSE

    The Defendant, Karri Jaske, moves the court pursuant to N.C. Gen. Stat. §1A-1, Rule 12(b)(1), Rule 12(b)(2), Rule 12(b)(4), and Rule 12(b)(6) to dismiss the Plaintiff's Amended Complaint for lack of jurisdiction over the subject matter, lack of jurisdiction over the person, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

    1.    The Defendant Karri Jaske denies the allegations contained in Paragraph 1 of the Amended Complaint.

    2.    The Defendant Karri Jaske denies the allegations contained in Paragraph 2 of the Amended Complaint.

    3.    The Defendant Karri Jaske denies the allegations contained in Paragraph 3 of the Amended Complaint.

    4.    The Defendant Karri Jaske denies the allegations contained in Paragraph 4 of the Amended Complaint.

    5.    The Defendant Karri Jaske denies the allegations contained in Paragraph 5 of the Amended Complaint.

    6.    The Defendant Karri Jaske denies the allegations contained in Paragraph 6 of the Amended Complaint.

7. The Defendant Karri Jaske denies the allegations contained in Paragraph 7 of the Amended Complaint.

8. The Defendant Karri Jaske admits the allegations contained in Paragraph 8 of the Amended Complaint.

9. The Defendant Karri Jaske denies the allegations contained in Paragraph 9 of the Amended Complaint.

10. The Defendant Karri Jaske denies the allegations contained in Paragraph 10 of the Amended Complaint.

11. The Defendant Karri Jaske denies the allegations contained in Paragraph 11 of the Amended Complaint.

12. The Defendant Karri Jaske denies the allegations contained in Paragraph 12 of the Amended Complaint.

13. The Defendant Karri Jaske denies the allegations contained in Paragraph 13 of the Amended Complaint.

14. The Defendant Karri Jaske denies the allegations contained in Factual Background I. Paragraph 14 of the Amended Complaint.

15. The Defendant Karri Jaske denies the allegations contained in Factual Background I. Paragraph 15 of the Amended Complaint.

16. The Defendant Karri Jaske denies the allegations contained in Factual Background II. Paragraph 16 of the Amended Complaint.

17. The Defendant Karri Jaske denies the allegations contained in Factual Background II. Paragraph 17 of the Amended Complaint.

18. The Defendant Karri Jaske denies the allegations contained in Factual Background II.A. Paragraph 18 of the Amended Complaint.

19. The Defendant Karri Jaske denies the allegations contained in Factual Background II.A. Paragraph 19 of the Amended Complaint.

20. The Defendant Karri Jaske denies the allegations contained in Factual Background II.A. Paragraph 20 of the Amended Complaint.

21. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 21 of the Amended Complaint.

22. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 22 of the Amended Complaint.

23. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 23 of the Amended Complaint.

24. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 24 of the Amended Complaint.

25. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 25 of the Amended Complaint.

26. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 26 of the Amended Complaint.

27. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 27 of the Amended Complaint.

28. The Defendant Karri Jaske denies the allegations contained in Factual Background II.B. Paragraph 28 of the Amended Complaint.

29. The Defendant Karri Jaske denies the allegations contained in Factual Background II.C. Paragraph 29 of the Amended Complaint.

30. The Defendant Karri Jaske denies the allegations contained in Factual Background II.C. Paragraphs 30 of the Amended Complaint.

31. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 31 of the Amended Complaint.

32. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 32 of the Amended Complaint.

33. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 33 of the Amended Complaint.

34. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 34 of the Amended Complaint.

35. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 35 of the Amended Complaint.

36. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 36 of the Amended Complaint.

37. The Defendant Karri Jaske denies the allegations contained in Factual Background II.D. Paragraph 37 of the Amended Complaint.

38. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 36 of the Amended Complaint.

39. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 37 of the Amended Complaint.

40. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 38 of the Amended Complaint.

41. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 39 of the Amended Complaint.

42. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 39(A) of the Amended Complaint.

43. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 39(B) of the Amended Complaint.

44. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 40 of the Amended Complaint.

45. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 41 of the Amended Complaint.

46. The Defendant Karri Jaske denies the allegations contained in Factual Background II.E. Paragraph 42 of the Amended Complaint.

47. The Defendant Karri Jaske denies the allegations contained in Miscellaneous Paragraph 43 of the Amended Complaint.

48. The Defendant Karri Jaske denies the allegations contained in Miscellaneous Paragraph 44 of the Amended Complaint.

49. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 45 of the Amended Complaint.

50. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 46 of the Amended Complaint.

51. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 47 of the Amended Complaint.

52. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 48 of the Amended Complaint.

53. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 49 of the Amended Complaint.

54. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 49(A) of the Amended Complaint.

55. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 49(B) of the Amended Complaint.

56. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 49(C) of the Amended Complaint.

57. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 49(D) of the Amended Complaint.

58. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 50 of the Amended Complaint.

59. The Defendant Karri Jaske denies the allegations contained in Count 1 Paragraph 51 of the Amended Complaint.

60. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 52 of the Amended Complaint.

61. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 53 of the Amended Complaint.

62. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 54 of the Amended Complaint.

63. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 55 of the Amended Complaint.

64. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 56 of the Amended Complaint.

65. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 57 of the Amended Complaint.

66. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 58 of the Amended Complaint.

67. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 59 of the Amended Complaint.

68. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 60 of the Amended Complaint.

69. The Defendant Karri Jaske denies the allegations contained in Count II Paragraph 61 of the Amended Complaint.

WHEREFORE, the Defendant Karri Jaske respectfully prays the Court as follows:

1. That the Court and dismiss the Amended Complaint with prejudice.

2. That the Court deny any and all relief sought by the Plaintiff.

3. That the Court award to the Defendant Karri Jaske any and all reasonable attorney's fees and costs as allowed by this Court.

This the 9th day of January, 2012.

                EPPERSON LAW, PLLC

By:  s/ James L. Epperson
      James L. Epperson  Bar Number: 20529
      Attorney for Defendant Karri Jaske
      1940 Weddington Rd
      Weddington NC 28104
      Telephone: 704-321-0031
      Email: james@epplaw.com

STATE OF NORTH CAROLINA

COUNTY OF UNION

## **CERTIFICATE OF SERVICE**

I hereby certify that this date I have served the foregoing **ANSWER OF DEFENDANT KARRI JASKE** electronically on to the person hereinafter named, at the e-mail address identified below:

> James C. White
> jimwhite@jcwhitelaw.com

THIS, the 13th day of January, 2012.

                          EPPERSON LAW, PLLC

By: s/ James L. Epperson
James L. Epperson  Bar Number: 20529
Attorney for Defendant Karri Jaske
1940 Weddington Rd
Weddington NC 28104
Telephone: 704-321-0031
Email: james@epplaw.com